**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__CENTRAL__ District of __CALIFORNIA__
                                    (State)

Case number (*If known*): _____  Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  LOST COAST RANCH INC.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  20 - 2747625

4. **Debtor's address**

   **Principal place of business**
   7912 Ventura Canyon Avenue
   Number    Street

   Panorama City    CA    91402
   City    State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**
   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number    Street

   _____
   City    State    ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  LOST COAST RANCH INC.                                    Case number (*if known*)_____
        Name

**7. Describe debtor's business**

A. *Check one:*

❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))
❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
❏ Railroad (as defined in 11 U.S.C. § 101(44))
❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))
❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))
❏ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

❏ Tax-exempt entity (as described in 26 U.S.C. § 501)
❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7
❏ Chapter 9
❏ Chapter 11. *Check all that apply*:

   ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).
   
   ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   
   ❏ A plan is being filed with this petition.
   
   ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   
   ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   
   ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❏ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

❏ No
☒ Yes. District Central Cal    When 12/05/2017    Case number 17-24939
                                 MM / DD / YYYY

District _____ When _____ Case number _____
                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
❏ Yes. Debtor _____ Relationship _____
       District _____ When _____
                                              MM / DD / YYYY
       Case number, if known _____

Debtor  LOST COAST RANCH INC.  
   Name

Case number (*if known*)_____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____  
Number    Street

_____

_____  _____  _____  
City    State    ZIP Code

**Is the property insured?**

☐ No  
☐ Yes. Insurance agency _____  
Contact name _____  
Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.  
☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000  
☐ 50-99    ☐ 5,001-10,000    ☐ 50,001-100,000  
☐ 100-199    ☐ 10,001-25,000    ☐ More than 100,000  
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000    ☒ $1,000,001-$10 million    ☐ $500,000,001-$1 billion  
☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion  
☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion  
☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

---

Debtor  **LOST COAST RANCH INC.**  Case number (if known) _____
Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐ I have been authorized to file this petition on behalf of the debtor.

☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **01/09/2018**
MM / DD / YYYY

X _____  **Dennis Murphy**
Signature of authorized representative of debtor    Printed name

Title **Secretary**

**18. Signature of attorney**

X  /S/ Ronald A. Norman    Date  01/09/2018
Signature of attorney for debtor    MM / DD / YYYY

Ronald A. Norman
Printed name

Law Offices of Ronald A. Norman
Firm name

5404 Whitsett Avenue, Suite 133
Number  Street

Valley Village    CA    91607
City    State    ZIP Code

(818) 761-7181    ronaldanorman@sbcglobal.net
Contact phone    Email address

62282    CA
Bar number    State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

## RESOLUTION
## Lost Coast Ranch Inc.

WHEREAS, the Corporation is insolvent and unable to pay its debts as they mature, and

WHEREAS, it would be in the best interests of creditors for the Corporation to file a voluntary petition under Chapter 7 of the Bankruptcy Code,

it is RESOLVED that the Corporation file as soon as practicable a bankruptcy in accordance with Chapter 7 of the Bankruptcy Code.

The undersigned hereby certifies that he is the duly elected and qualified Secretary and custodian of the books, records and seal of the corporation duly formed pursuant to the laws of the state of California and that the foregoing is a true record of a resolution duly adopted at a meeting of the Corporation and that said meeting was held in accordance with state law and the Bylaws of the above-named Corporation that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have executed my name as Secretary and have hereunto affixed the corporate seal of the above-named Corporation .

Dennis Murphy
Secretary Lost Coast Ranch Inc.

Bayview Loan Servicing, LLC
4425 Ponce de Leon Boulevard, 5th Floor
Coral Gables, FL 33146


Nationstar Mortgage Seterus, Inc.
Post Office Box 619063
Dallas, TX 75261


Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250


Seterus, Inc.
PO Box 1077
Hartford, CT 06143