David Seror – State Bar No. 67488
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Telephone:  818.827.9200
Facsimile:   818.936.0624
Email:  dseror@bg.law

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| **In re** | Case No. 1:18-bk-10071-VK |
| LOST COAST RANCH INC., | Chapter 7 |
| **Debtor(s).** | **NOTIFICATION OF ASSET CASE** <br><br> {No Hearing Required} |

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

David Seror, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above captioned case and appropriate notice be given to creditors to file claims.

Dated: February 16, 2018

/s/ David Seror
DAVID SEROR
Chapter 7 Trustee