```
STEVEN T. GUBNER - Bar No. 156593
RICHARD D. BURSTEIN - Bar No. 56661
TALIN KESHISHIAN - Bar No. 201830
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099
Email:        sgubner@bg.law
                 rburstein@bg.law
                 tkeshishian@bg.law
```

Proposed Attorneys for David Seror, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>LOST COAST RANCH INC.,<br><br>            Debtor. | Case No. 1:18-bk-10071-VK<br><br>Chapter 7<br><br>**OPPOSITION TO NOTICE OF APPLICATION OF DEBTOR FOR ORDER SHORTENING TIME** |

**TO THE HONORABLE VICTORIA KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR AND ITS COUNSEL, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

David Seror, Chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") of Lost Coast Ranch, Inc. ("Debtor") hereby opposes ("Opposition") the Notice of Application of Debtor for Order Shortening Time to "bring a motion to dismiss" ("Notice") [Docket No. 16] filed on March 14, 2018.

The Debtor's Notice is wholly deficient under Local Bankruptcy Rule 9075-1 of the Central District of California ("LBR"), which LBR requires an **application** of the Debtor describing the nature of the relief requested in the underlying motion as well as a **declaration** in support of the application that justifies the application and demonstrates the need for the setting of a hearing on

1

1927877

shortened time, instead of regular notice, and also "establishes a *prima facie* case for the granting of the underlying motion." LBR 9075-1(b)(2) (emphasis added). The Debtor's Notice fails to include any of this. LBR 9075-1(b)(3) also provides that the application must be filed concurrently with the motion that is to be heard on shortened time. It appears from Trustee's review of the case docket that in fact no such pleadings have been filed by the Debtor.

The Debtor's Notice is simply a one page pleading entitled "Notice of Application…." without much more. The Notice is devoid of the requisite application and supporting declaration and fails on its face to comply with the LBR 9075-1(b). The Notice sets forth no facts necessitating a hearing on shortened time and offers no other information concerning the underlying motion to dismiss "the above identified case" which motion the Debtor appears to wish to have heard on shortened time.

For the forgoing reasons, the Court should reject the Debtor's Notice as filed and deny any such relief that it may seek.

DATED: March 15, 2018                    BRUTZKUS GUBNER


By: /s/ Talin Keshishian
    Talin Keshishian
Proposed Attorneys for David Seror, Chapter 7 Trustee

1927877

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA  91367**

A true and correct copy of the foregoing document entitled**: OPPOSITION TO NOTICE OF APPLICATION OF DEBTOR FOR ORDER SHORTENING TIME** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 15, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- David I Brownstein    david@brownsteinfirm.com
- Thomas G Mouzes    tmouzes@boutinjones.com, cdomingo@boutinjones.com
- Ronald A Norman    ronaldanorman@sbcglobal.net, david@jshoffmanlaw.com
- David Seror (TR)    mtzeng@brutzkusgubner.com, C133@ecfcbis.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On March 15, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| Spring7 Loft , LLC | American AGCredit | Ed O'Neill. W. Toliver Benson |
| c/o Olympia Financial Inc. | 5560 South Broadway | 1180 Old Topanga Canyon Road |
| 16633 Ventura Blvd. Suite 700 | Eureka CA 95503 | Topanga Canyon CA 90290 |
| Encino CA 91436 | | |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 15, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Personal Delivery
Hon. Victoria S. Kaufman
U.S. Bankruptcy Court
21041 Burbank Blvd., #354
Woodland Hills, CA 91367-6603

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 15, 2018 | JENNIFER WARNER | /s/ Jennifer Warner |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1927877