DAVID SEROR
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email: dseror@bg.law

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DISTRICT

| | |
|---|---|
| In re | Case No. 1:18-bk-10071-VK |
| LOST COAST RANCH INC., | Chapter 7 |
| Debtor. | **APPLICATION BY DAVID SEROR, CHAPTER 7 TRUSTEE, FOR ORDER APPROVING EMPLOYMENT OF BRUTZKUS GUBNER AS TRUSTEE'S GENERAL COUNSEL EFFECTIVE FEBRUARY 20, 2018; STATEMENT OF DISINTERESTEDNESS IN SUPPORT THEREOF** |
| | [11 U.S.C. §§ 327(a) and 330, Fed. R. Bank. P. 2014 and Loc. Bankr. R. 2014-1(b)(1)] |
| | [No Hearing Required] |

**TO THE HONORABLE VICTORIA KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR AND ITS COUNSEL, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

Applicant David Seror, the duly appointed and acting chapter 7 trustee ("Trustee" or "Applicant") of the bankruptcy estate ("Estate") of the above-captioned debtor, Lost Coast Ranch Inc. ("Debtor") hereby applies for an order authorizing the employment of Brutzkus Gubner ("BG"), a firm in which he is a member, as his general bankruptcy counsel effective February 20, 2018, and in support of this application ("Application"), respectfully represents as follows:

1

1915704 DOCX

1.     This bankruptcy case ("Case") was commenced by the filing of a Voluntary Petition by Debtor under Chapter 7 of Title 11 of the United States Code (beginning at 11 U.S.C. § 101, *et seq.*, "Bankruptcy Code") on January 9, 2018.  David Seror was thereafter appointed as the Chapter 7 Trustee, in which capacity he continues to serve.

2.     Among other things, the Trustee requires general bankruptcy counsel to assist him regarding a potential opposition on a motion for relief from the automatic stay with respect to an unimproved parcel of real property located at 26000 Mattole Road, Ferndale, California 95536 ("Ferndale Property").

3.     In addition, the Trustee requires legal counsel to render any and all other legal services that the Trustee deems necessary and appropriate to administer Debtor's assets for the benefit of creditors, including as follows:

   a.   To review Debtor's schedules and statement of financial affairs and other financial records to determine whether or not the Estate can potentially pursue any preference or fraudulent transfer or other actions, and to litigate the same;

   b.   To represent the Trustee in any proceeding or hearing including, but not limited to, objections to claims in the Bankruptcy Court and any action where the rights of the Estate or the Trustee may be litigated or affected;

   c.   To prepare and file pleadings, motions, notices or orders which may be required for the orderly administration of the Estate including, but not limited to, preparation of notices, motions and other documentation;

   d.   To commence actions wherever deemed appropriate by the Trustee to recover property that was fraudulently and/or preferentially transferred.  In the event that the Trustee is required to commence any action, proposed counsel will be required to prepare for and attend any hearings, as well as to draft any and all pleadings relevant thereto, and to engage in necessary discovery and try any adversary proceedings as may be required;

   e.   To object to claims, if any, after review by the Trustee.  In the event objections are filed, counsel will be required to prepare for and attend any hearing on objections as well as to draft any and all pleadings relevant thereto, and to engage in necessary discovery;

    f.  To the extent necessary, to conduct examinations of witnesses, claimants, or adverse parties and to prepare and assist in the preparation of reports, accounts, applications and orders; and,

    g.  To perform such other and further legal services as are necessary and proper in the administration of the Estate, and provide general representation and counsel on matters relating to Chapter 7 administration.

  4.  As shown by the biographical information attached as **Exhibit 1** hereto and incorporated herein by this reference, BG and its professionals are very experienced in insolvency, bankruptcy, and reorganization matters and are well-qualified to represent Applicant. A copy of the schedule of BG's current billing rates for attorneys and paralegals of BG is attached hereto as **Exhibit 2** and incorporated herein by this reference.

  5.  BG understands and agrees to accept employment on grounds that its fees may be awarded only by application to and approval by this Court after notice and a hearing. BG seeks employment pursuant to 11 U.S.C. § 330. BG is familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules of the Central District of California, and the Guidelines of the United States Trustee, and will comply with them.

  6.  Applicant submits that it is in the best interest of the Estate to retain his own firm as counsel for the following reasons:

    a. <u>Cost Benefit</u>.  Applicant's employment of BG will result in a savings for the Estate due to the in-house access the Trustee will have to his proposed counsel.  Should complexities of the Case be encountered, a significant amount of interface will inevitably be required between the Trustee and his counsel.  As such, the Trustee will have the ability to communicate directly with his attorneys without the need to incur costs related to telecommunications or travel for meetings as is often otherwise required.  As well, the Trustee, being on-site, will be promptly kept apprised of the Case status and better able to ensure that the overall management of the Case is optimally efficient.  Employment of BG would also avoid duplication of services rendered in some instances and will ultimately result in meaningful savings to the Estate.  For these reasons, the Trustee believes that

employment of BG will expedite the administration of the Case by reducing delays and promoting overall efficiency in the Case.

      b. <u>Expertise</u>.  BG will competently, efficiently and expeditiously provide the legal services required by the Trustee, as BG is highly experienced in insolvency, bankruptcy, and reorganization matters, as well as state court matters as previously noted hereinabove.

    7.    As set forth in the attached Statement of Disinterestedness, BG carefully reviewed its files and determined that no conflict exists in connection with this matter, and that as of the date of the Application, to the best of Applicant's knowledge and after consideration of the disclosures in the attached Statement, Applicant believes that BG and all of its partners and associates are disinterested persons as that term is defined in 11 U.S.C. § 101(14), and neither BG nor any partners or associates of BG are connected with Applicant, Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, nor does BG or its attorneys represent or hold an adverse interest with respect to Debtor, any creditor, or to this Estate except to the extent that:

      a.    BG currently represents the Trustee in other unrelated chapter 7 bankruptcy matters pending before the United States Bankruptcy Court; and

      b.    Applicant is a partner at BG.

BG believes that these relationships have no relation to the Case and should not impact BG's representation of the Trustee in the Case.  BG represents no creditor or other party in interest in this Case and has no interest adverse to Debtor or the Estate, except as noted above.  Therefore, to the best of Applicant's knowledge, information and belief, BG is a disinterested party in the within Case as that term is defined by the Bankruptcy Code.  In the event BG learns of new facts that affect its disinterestedness, a supplement to this employment application will be filed.

    8.    Applicant is satisfied from the Statement of Disinterestedness that employment of BG as the Trustee's general bankruptcy counsel would be in the best interest of the Estate.

WHEREFORE, Applicant respectfully requests that an order be entered authorizing the employment of BG as of February 20, 2018 pursuant to 11 U.S.C. §§ 327 and 330, and in accordance

with Rule 2014(a) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2014-1(b)(1), on the terms stated herein.

Dated:  March 22, 2017

       /s/ David Seror
David Seror, Chapter 7 Trustee

1915704 DOCX

# STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER RULE 2014, FEDERAL RULES OF BANKRUPTCY PROCEDURE

[The following is provided in conformity with Form No. F2014-1 of the United States Bankruptcy Court, Central District of California.]

I, Steven T. Gubner, declare:

1. I am an attorney at law licensed to practice before all the Courts of the State of California and before the United States District Court for the Central District of California, as well as the Bankruptcy Courts therein. I am the managing partner in the law firm of Brutzkus Gubner (the "Firm" or "BG"), proposed attorneys for Applicant. I am authorized to make this Declaration on behalf of BG. All capitalized terms used herein are as defined in the foregoing Application.

2. This declaration is made in support of the foregoing Application by the Trustee to retain BG as his general bankruptcy counsel herein as of February 20, 2018. BG, its members and associates are well-qualified to represent the Trustee in this matter, as can be seen by BG's biographical information, a true and correct copy of which is attached hereto as **Exhibit 1** and incorporated herein by this reference.

3. BG understands and agrees to accept employment on the grounds that its fees may be awarded only by application to, and approval by, this Court after notice and a hearing. It is contemplated that BG will seek compensation and reimbursement of expenses from the Estate based upon its normal and usual hourly billing rates and may seek interim compensation as permitted by 11 U.S.C. §§ 330 and 331.

4. BG was not paid a monetary retainer.

5. BG carefully reviewed its files and determined that no conflict exists in connection with this matter, and that BG neither holds nor represents a claim against Debtor or the Estate other than as described below and in paragraph 7 of the Application. As attested to below, BG regularly checks its files to determine if it holds or represents any creditor or party in interest with an interest adverse to the Debtor or the Estate, and, except to the extent that:

1915704 DOCX

      (a)  BG currently represents the Trustee in other <u>unrelated</u> chapter 7 bankruptcy matters pending before the United States Bankruptcy Court; and

      (b)  Applicant is a partner at BG;

BG believes that these relationships have no relation to the instant Case and should not impact BG's representation of the Trustee in this Case.  BG represents no creditor or other party in interest in this Case and has no interest adverse to the Debtor or the Estate, except as noted above. Therefore, to the best of Applicant's knowledge, information and belief, BG is a disinterested party in the within Case as that term is defined by the Bankruptcy Code.

6.  The following is a complete description of BG's connections with the Applicant, Debtor, its creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee:  **None**, other than as set forth in paragraph 5 herein.

7.  BG is not a creditor, an equity security holder or an insider of Debtor.

8.  BG is not and was not an investment banker for any outstanding security of Debtor.

9.  BG is not and was not, within three years before the date of the filing of the Petition herein, an investment banker for a security of Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of Debtor.

10.  BG is not and was not, within two years before the date of filing of the Petition herein, a director, officer or employee of Debtor or of any investment banker for any security of Debtor.

11.  BG neither holds nor represents any interest materially adverse to the interest of the Estate or of any class of creditors or equity security holders, for reason of any direct or indirect relationship to, connection with, or interest in, Debtor, the Trustee, or an investment banker for any security of Debtor, or for any other reason.

12.  BG's business address is 21650 Oxnard Street, Suite 500, Woodland Hills, California 91367; telephone (818) 827-9000; facsimile (818) 827-9099.

13.  The members, associates, and paralegals of BG are not relatives or employees of any judge of the United States Bankruptcy Court for the Central District of California, the United States Trustee, or any person currently employed in the Office of the United States Trustee.  I am familiar

with, and will comply with, the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules of the Central District of California, and the Guidelines of the Office of the United States Trustee.  A notice of the proposed employment of BG was served on all proper parties pursuant to Loc. Bankr. R. 2014-1(b)(2).

After conducting the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, except for those matters which are stated on information and belief, and as to those matters I believe them to be true.

Executed this 22nd day of February, 2018, in Woodland Hills, California.

/s/ Steven T. Gubner

Steven T. Gubner

1915704 DOCX

**BRUTZKUS GUBNER**
Brutzkus Gubner Rozansky Seror Weber LLP
YOUR COUNSEL MATTERS®
21650 Oxnard St., Suite 500
Woodland Hills, CA 91367-4911
(818) 827-9000 Main
(818) 827-9099 Fax
www.bg.law

## BIOGRAPHICAL INFORMATION

*PARTNERS*

**Mark Brutzkus**

Mr. Brutzkus has successfully represented apparel, footwear and retail industry clients facing unique, industry-specific issues for over 30 years, from trademarks, copyrights, licensing and manufacturing, e-commerce and sourcing to distribution, labor compliance, mergers and acquisitions and regulatory concerns, and related litigation. He has significant experience defending apparel industry manufacturers in wage and hour claims, including AB 633 issues and joint liability matters, before the California Department of Industrial Relations, Division of Labor Standards Enforcement (DLSE) and the U.S. Department of Labor. He also advises clients on contracting issues, and he conducts preemptive compliance for a wide range of entities. Mr. Brutzkus has also worked extensively with the firm's clients in the negotiation of commercial and retail leases. Mr. Brutzkus received his law degree from DePaul University College of Law in Chicago, Illinois, and a B.S. degree from the University of Illinois at Urbana. Mr. Brutzkus was admitted to the State Bar of California in June 1987.

**Steven T. Gubner**

Mr. Gubner is Brutzkus Gubner's Managing Partner, and represents financial institutions, Fortune 500 companies (and their financing divisions), closely held businesses and high net worth individuals in complex bankruptcy and insolvency matters. He is known in the insolvency arena as the "involuntary bankruptcy go-to lawyer" because of his management of the sensitive issues surrounding involuntary bankruptcy filings, and general business advice he applies to navigate potential pitfalls and solve problems before they occur. In addition, he is adept in complex bankruptcy insolvency matters. M. Gubner is particularly skilled in commercial collections for banks and financial institutions, and has successfully litigated heavily contested, multimillion-dollar real/personal property and equity line financing cramdown cases. He also assists in pre-bankruptcy, pre-workout and wealth management advice and planning. In addition, he has handled numerous cases before the Bankruptcy Appellate Panel and U.S. Ninth Circuit Court of Appeal and the United States Supreme Court. Mr. Gubner received a B.A. from the University of California, Santa Barbara (1988), and his law degree from McGeorge School of Law (1991). Mr. Gubner was admitted to the State Bar of California in December 1991. Mr. Gubner is also admitted to the State Bar of Nevada, as well as the United States District

Court, the U.S. Ninth Circuit Court of Appeals, and the United States Supreme Court.

**Nicholas A. Rozansky**

Mr. Rozansky practices in the areas of business and commercial litigation, trademark and copyright litigation and real property litigation. He has successfully represented entities in a number of business disputes including partnership disputes, corporate dissolutions, and distributor disputes. He also has extensive experience with writs of attachment. Mr. Rozansky received his law degree from the University of San Francisco, School of Law and his Bachelor of Arts degree from the University of California, Santa Barbara. Mr. Rozansky was admitted to the State Bar of California in June 2002.

**David Seror**

Mr. Seror's practice areas include Bankruptcy, Receivership and Commercial Litigation. He is admitted to practice before the United States District Court for the Central and Southern Districts of California, the United States Court of Appeals for the Ninth Circuit and the Supreme Court of the United States. Mr. Seror is a Member of the Panel of Trustees for Chapters 7 and 11 Bankruptcy cases, United States Trustee's Office, Central District of California (1990-present). He has acted as Judge Pro Tem, Los Angeles Municipal Court and Judge Pro Tem, Superior Court of the State of California for the County of Los Angeles. Mr. Seror is a member of the California State Bar Association, Los Angeles County Bar Association and is an Arbitrator for Attorney Client Relations Programs. Mr. Seror received his Bachelor of Arts degree from the University of California at Los Angeles in 1972, and a *Juris Doctor* in 1975 from California Western School of Law, where he was Associate Editor of the California Western International Law Journal from 1974-1975. Mr. Seror was admitted to the State Bar of California in December 1975.

**Corey R. Weber**

Mr. Weber is a litigator in bankruptcy, business and commercial litigation. He represents bankruptcy trustees, creditors, committees of unsecured creditors, assignees for the benefit of creditors, receivers, municipalities and "clawback" plaintiffs and defendants in contested matters and adversary proceedings in bankruptcy proceedings, and in federal and state court litigation. Mr. Weber received his law degree from the University of Southern California Law School. During law school, Mr. Weber served as a judicial extern for the Honorable Alex Kozinski, United States Court of Appeals for the Ninth Circuit. He received a

1642503

Master's degree in Business Administration from the University of Notre Dame with an emphasis in finance and marketing, and received a Bachelor of Arts degree from the University of California at Irvine.  Mr. Weber was admitted to the State Bar of California in 2000 and is admitted to practice in the United States District Courts for the Central, Eastern, Northern and Southern Districts of California, the United States Court of Appeals for the Ninth Circuit and the United States Supreme Court.

**Joseph G. Balice**

Mr. Balice practices with our Litigation group.  He received his Bachelor's degree from the University of California, Santa Barbara, and his *Juris Doctor* from Pepperdine University School of Law in Malibu, California, as well as a Certificate in Dispute Resolution from Pepperdine's Straus Institute for Dispute Resolution. Mr. Balice's legal practice focuses on representing corporate and public entity policyholders in disputes with their insurance companies.  He has worked on claims involving all major lines of commercial insurance, including general liability, property, directors' and officers', errors and omissions, employment practices liability, and crime policies.  Throughout his career, he has personally helped his clients recover over $400 million in insurance coverage benefits.  In addition to his insurance coverage background, Mr. Balice has also represented clients in a broad spectrum of other general business litigation matters, most significantly involving professional negligence and contract litigation. He was admitted to the California State Bar in December 2006.

**Jerrold L. Bregman**

Mr. Bregman is a financial restructuring lawyer and business advisor with substantial experience representing public and private companies in out-of-court restructurings, "prepackaged" bankruptcies and traditional Chapter 11 cases.  He also has represented lenders, vendors, secured and unsecured creditors, landlords, fiduciaries, indenture trustees, GOB liquidators, HNWI's, hedge fund managers, private equity sponsors, government agencies, asset purchasers, and plaintiffs and defendants in bankruptcy litigation.  Mr. Bregman graduated from the UC Berkeley with a B.A. in Political Economy of Industrial Societies in 1986 (*Phi Beta Kappa*, Valedictorian), and he received his law degree from UCLA School of Law, and an M.B.A. from UCLA's Anderson Graduate School of Management, both in 1990, and he was admitted to the State Bar of California in 1990 and the State Bar of New York in 2003.  Mr. Bregman also is a Specialist in Bankruptcy Law (California Board of Legal Specialization, 1995), a Martindale-Hubbell AV Preeminent-rated lawyer, and he has been named a New York Super Lawyer by Thomson Reuters.

### Richard D. Burstein

Mr. Burstein has concentrated his practice in litigation, and since 1997 has worked in bankruptcy-related matters. His work has included representation of chapter 7 trustees in the full range of bankruptcy litigation, including fraudulent transfer and preference claims. He has performed the full range of motion practice, tried cases in the United States Bankruptcy Court, United States District Court and handled bankruptcy appeals before the United States District Court, and the Bankruptcy Appellate Panel and the United States Court of Appeals for the Ninth Circuit. Mr. Burstein provides counsel to clients in a variety of businesses.  Mr. Burstein received his bachelor's degree from the University of California, Los Angeles in 1970, *magna cum laude*, and was elected to Phi Beta Kappa. He received his law degree from Boalt Hall, University of California, Berkeley in 1973, where he was a member of the Moot Court Board. He is a Martindale-Hubbell AV Preeminent-rated lawyer.  He was admitted to practice in California in December 1973.

### Jeffrey A. Kobulnick

Mr. Kobulnick's practice focuses on intellectual property issues, including trademarks and copyright law and related intellectual property litigation under both federal and state laws.  Mr. Kobulnick counsels clients on the selection, clearance and registration of trademarks and service marks worldwide, as well as handling trademark prosecution, including proceedings before the Trademark Trial and Appeal Board. Mr. Kobulnick also assists clients with domain name dispute resolution in connection with numerous Internet-related intellectual property issues, including the registration of domain names and the protection and enforcement of copyrights and trademarks over the Internet.  Mr. Kobulnick has also served as a guest lecturer at the University of Southern California Gould School of Law and Southwestern Law School on intellectual property issues.  Mr. Kobulnick earned his law degree from Franklin Pierce Law Center in New Hampshire (J.D., 2003, magna cum laude), and his Bachelor of Science degree in animal physiology and neuroscience from the University of California at San Diego in 1998.

### Jason B. Komorsky

Jason Komorsky represents trustees and creditors in complex bankruptcy and insolvency litigation, including in the context of legal malpractice, breach of fiduciary duty and fraud claims.  Previously, Mr. Komorsky was a partner at Morgan, Lewis & Bockius LLP where he represented Fortune 500 companies

1642503

and other businesses in commercial litigation with an emphasis on insurance recovery in both federal and state courts. His sought out insurance experience includes matters relating to general liability, workers' compensation, D&O and E&O, first-party property, and business interruption. He has settled and/or litigated matters to judgment involving product liability coverage, asbestos/silica bodily injury, toxic torts, environmental property damage and corporate malfeasance. He specializes in the energy, chemical, manufacturing, retail, banking, and financial services industries. He also represents asbestos settlement trusts created pursuant to 11 U.S.C. §524(g), and counsels clients on insurance procurement, commercial and captive insurance programs, claims notifications and other insurance-related matters. He is well known for his work with historic comprehensive general liability, umbrella and excess, Bermuda Form and occurrence-based policies. In addition to his broad insurance litigation background, Mr. Komorsky's practice also focuses on insolvency claims, including several massive recoveries on behalf of clients in the Home Insurance Company liquidation. Mr. Komorsky received a Bachelor of Arts degree from the University of California, Berkeley in 1986, and his Juris Doctor from the University of California, Hastings College of the Law in 1991. Mr. Komorsky was admitted to the State Bar of California in December 1991.

**Robyn B. Sokol**

Robyn Sokol has an extensive background in business reorganization, creditor's rights and bankruptcy. She has served as lead or co-counsel in scores of trials, evidentiary hearings and motions in bankruptcy and other courts throughout the United States. Ms. Sokol represents businesses in a myriad of industries including manufacturing, marketing and promotion, retail, entertainment, finance, golf courses, home building, real estate development, hospitality, insurance, real estate, shipping, and healthcare. Her background also encompasses related transactional business, commercial, and bankruptcy litigation. Ms. Sokol received her law degree from Boston University, School of Law (1991) and her bachelor's degree from the University of Colorado, Boulder (1986). Ms. Sokol was admitted to the State Bar of California in July 1992.

*OF COUNSEL*

**Ronald Abrams**

Mr. Abrams' areas of expertise include Antitrust Litigation, Commercial Litigation and Dispute Resolution, Bankruptcy and Insolvency and Intellectual Property. He has counseled small and start-up companies on intellectual property matters, including trademark protection, and he has litigated numerous



trademark and trade secret cases. He also represents individual debtors in Chapter 7 and Chapter 11 bankruptcies, as well as trustees in major bankruptcy cases. For 15 years, Mr. Abrams was the CFO of his own corporation. He has served as a volunteer arbitrator for the California State Bar Mandatory Fee Arbitration Department, working on cases that were published in the *United States Patents Quarterly* and state and federal reports, and contributed to the research and writing of a well-cited patents article. Mr. Abrams received his law degree from Whittier College School of Law and his BA from the University of Maryland. He was admitted to the California State Bar in June 1989.

### Susan Baker

Ms. Baker practices with Brutzkus Gubner's litigation department. She holds a bachelor's degree from California State University Northridge and obtained her law degree from McGeorge School of Law, University of the Pacific. Ms. Baker was admitted to the State Bar of California in December 1996.

### Racey Cohn

Ms. Cohn's area of practice is financial transactions. She is a graduate of Indiana University and received her law degree from Whittier College School of Law. Ms. Cohn was admitted to the State Bar of California in June 1984.

### Larry W. Gabriel

Mr. Gabriel specializes in bankruptcy litigation with emphasis on the prosecution of directors and officers and professional malpractice claims and on commercial litigation matters. A member of the California Bar since 1975, he has been at the forefront of many of the leading bankruptcy litigation cases over the past several years, including representing the Trustees before the Ninth Circuit in: *In the Matter of Estate Financial, Inc., Jeremiassen v. Bryan Cave*, U.S. Court of Appeal Case No. 12-56009 (decided March 24, 2014); *In the Matter of Fitness Holdings International, Inc., Official Committee of Unsecured Creditors of the Estate of Fitness Holdings International, Inc. v. Hancock Park Capital II, L.P., Pacific Western Bank, et. al.*, 714 F.3d 1141 (9th Cir. 2013); *and In re First Alliance Mortgage, Inc., Henry v. Lehman Commercial Paper, Inc.* 471 F.3d 977 (9th Cir. 2006). Over the span of his career, Larry has represented State Street Bank and Trust, Xerox Corporation, Bank of America, Imperial Bank, AARP and the State of Alaska. Mr. Gabriel received his Bachelor's degree from Southern Illinois University and his *juris doctor* from De Paul University. He is licensed to practice in California (1976) and Illinois (1974), has been an adjunct professor of law – banking, at Pepperdine Law School, an adjunct professor – business law –

1642503

College of the Desert, and served 6 years on the City Council for the City of Hidden Hills. Mr. Gabriel was admitted to the State Bar of California in April 1976.

**Deborah E. Greaves**

Ms. Greaves provides advisory and legal services for clients in the fashion and consumer goods industries.  Her key practice areas include intellectual property, brand enforcement, corporate creation and governance (public/private, domestic/international), regulatory compliance, government affairs, business transactions (licenses, leases, manufacturing agreements, consulting agreements, *etc.*), employment, retail and wholesale operations, internal investigations and litigation.  Ms. Greaves founded Label Law, Inc., which operates under the umbrella of Brutzkus Gubner, providing legal and brand enforcement services for consumer products companies, with a specialty in textiles and fashion.  Ms. Greaves is a frequent guest speaker on IP matters and pens the *Counterfeit Corner* column in *New Matter*, the quarterly publication of the California State Bar Intellectual Property Section.  Ms. Greaves received her *Juris Doctor* from Glendale University College of Law and was admitted to the State Bar of California in December 1996.

**Talin Keshishian**

Ms. Keshishian has practiced in the areas of commercial bankruptcy and litigation, and general business litigation, representing debtors, creditors and trustees.  Ms. Keshishian received her law degree from Pepperdine University School of Law in Malibu, California (1999), and a B.A. from California State University Northridge (1996). Ms. Keshishian was admitted to the California State Bar in 1999.

**Stuart Kim**

Mr. Kim's practice focuses on corporate and business legal advice, including in the areas of mergers and acquisitions, company formations, joint ventures, investments, private placements, loans, software and trademark license agreements, risk mitigation and form contracts as well as other commercial contracts.   Mr. Kim received his Bachelors of Arts degree in Philosophy and in Government from Pomona College in Claremont, California, and his *Juris Doctor* from the University of California Los Angeles School of Law. He was admitted to the California State Bar in December 1993.

1642503

### Susan K. Seflin

Susan K. Seflin's practice involves all aspects of bankruptcy and creditor-debtor rights, with particular emphasis on Chapter 11 reorganizations and related litigation. Ms. Seflin received her B.A. in Economics from University of California Berkeley, an MBA from Pepperdine School of Business and Management and her Juris Doctor from Pepperdine University School of Law in Malibu, California (2000). During graduate school, Ms. Seflin externed for the Hon. Arthur M. Greenwald, U.S. Bankruptcy Judge for the Central District of California. Ms. Seflin was admitted to the California State Bar in June 2001.

*ASSOCIATES*

### Jessica Bagdanov

Ms. Bagdanov works in the firm's bankruptcy department. She obtained her Bachelor of Arts in Philosophy from Westmont College in Santa Barbara, California in 2007 and her *Juris Doctor* from Chapman University School of Law in Orange, California in 2011. She served as Law Clerk to the Honorable Robert N. Kwan and the Honorable Ellen Carroll (retired) at the United States Bankruptcy Court for the Central District of California. Ms. Bagdanov also served as a Staff Attorney for the Bankruptcy Appellate Panel of the United States Court of Appeals for the Ninth Circuit. Ms. Bagdanov was admitted to the State Bar of California in December, 2011.

### Michael Bernet

Michael Bernet's practice is primarily devoted to intellectual property and general civil litigation matters. He received a Bachelor's degree from the University of California, Berkeley, and his *Juris Doctor* from Pepperdine University School of Law (2015), where he was invited to join the Phi Delta Phi International Legal Honor Society and served as Treasurer of the Phi Alpha Delta Legal Fraternity. Mr. Bernet also served as a full time judicial extern for the Honorable André Birotte Jr., Judge of the United States District Court for the Central District of California. Mr. Bernet was admitted to the State Bar of California in December 2015.

### Reagan E. Boyce

Ms. Boyce practices with our Bankruptcy group. She received her *Juris Doctor* from Southwestern University School of Law, and a Bachelor's degree from Loyola Marymount University in Los Angeles, California. Ms. Boyce was

1642503

admitted to the State Bar of California in December 2006 and the State Bar of Texas in June 2012. Ms. Boyce is a member of the Southwestern University School of Law Alumni Governing Board of Directors and an Adjunct Associate Professor of the school's Graduate Advancement Program.

**Michael W. Davis**

Mr. Davis is a general business and insolvency litigator, and routinely handles contested matters and adversary proceedings as part of his litigation practice. Hs represents debtors, secured and unsecured creditors, creditors' committees, and chapter 7 and 11 trustees in both individual and corporate bankruptcy cases.  Mr. Davis has a wide-range of advocacy experience in Bankruptcy Courts throughout California, the Central District of California, the Ninth Circuit Bankruptcy Appellate Panel, the Ninth Circuit Court of Appeals, and California Superior and Appellate courts. Mr. Davis received his *Juris Doctor* from the University of Southern California School of Law in Los Angeles, California in 2010, and a B.S. in Business Finance from the University of Florida, Gainesville, in 2007.   Mr. Davis was admitted to the State Bar of California in December 2010.

**Joseph Rothberg**

Mr. Rothberg was admitted to the State Bar of California in December 2012.  He obtained his Bachelors of Arts (with High Honors), with a major in History and a minor in Music from the University of California, Berkeley in 2008, and his *Juris Doctor*  from the University of California, Los Angeles in 2012.  Mr. Rothberg served as an extern for the Honorable Maureen A. Tighe at the United States Bankruptcy Court for the Central District of California.

*PARALEGALS*

**Karla Bagley**

Ms. Bagley is the senior bankruptcy paralegal at the firm and has over 30 years' experience as a bankruptcy and litigation paralegal.  She has extensive experience in all aspects of bankruptcy on behalf of individual and corporate debtors, the filing of voluntary and involuntary chapter 7 and chapter 11 bankruptcy cases, and in commercial and individual bankruptcy litigation on behalf of trustees, creditor committees, creditors and debtors.  Ms. Bagley also is experienced in general business and commercial litigation.  Ms. Bagley has a Bachelor of Arts degree from the University of California, Los Angeles, and a

1642503

BRUTZKUS GUBNER
Brutzkus Gubner Rozansky Seror Weber LLP
YOUR COUNSEL MATTERS®

Paralegal Certificate, Litigation Specialization from the University of West Los Angeles School of Law and Paralegal Studies.

**Juanita Treshinsky**

Ms. Treshinsky has extensive background in bankruptcy on behalf of chapter 7 and 11 trustees, corporate debtors and creditors. Ms. Treshinsky received a Bachelor of Arts degree from California Lutheran University and a Paralegal Certificate from University of California, Los Angeles Extension.

**Susan Robbins**

Ms. Robbins has extensive experience in corporate transactions, mergers and acquisitions, intellectual property and trademarks. Ms. Robbins received a Paralegal Certificate from the University of California, Santa Barbara.

**Tina Dow**

Ms. Dow has extensive experience in business and commercial litigation and bankruptcy working for attorneys and bankruptcy trustees. She received her Bachelor's degree from Principia College in Elsah, Illinois.

**Margaret Tzeng**

Ms. Tzeng has extensive background in bankruptcy on behalf of chapter 7 and 11 trustees, corporate debtors and creditors. Ms. Tzeng received a Bachelor of Art's degree from California State University Long Beach and a Paralegal Certificate from University of California, Los Angeles Extension.

1642503

**BRUTZKUS GUBNER**
Brutzkus Gubner Rozansky Seror Weber LLP
YOUR COUNSEL MATTERS®
21650 Oxnard St., Suite 500
Woodland Hills, CA 91367-4911
818- 827-9000  Main
818- 827-9099  Fax
www.bg.law

| Standard Hourly Rate Schedule – Effective 01/01/2018 | | |
|---|---|---|
| **Professional** | **Professional Type** | **Hourly Rate** |
| Mark D. Brutzkus | Partner | $ 625.00 |
| Steven T. Gubner | Partner | $ 850.00 |
| Jeffrey A. Kobulnick | Partner | $ 575.00 |
| Nicholas Rozansky | Partner | $ 625.00 |
| David Seror | Partner | $ 650.00 |
| Corey R. Weber | Partner | $ 625.00 |
| Joseph Balice | Partner | $ 525.00 |
| Philip J. Bonoli | Partner | $ 550.00 |
| Jerrold L. Bregman | Partner | $ 575.00 |
| Richard Burstein | Partner | $ 625.00 |
| Deborah Greaves | Partner | $ 525.00 |
| Jason B. Komorsky | Partner | $ 625.00 |
| Robyn B. Sokol | Partner | $ 625.00 |
| Ronald Abrams | Of Counsel | $ 525.00 |
| Susan Baker | Of Counsel | $ 550.00 |
| Racey Cohn | Of Counsel | $ 495.00 |
| Larry Gabriel | Of Counsel | $ 625.00 |
| Talin Keshishian | Of Counsel | $ 525.00 |
| Stuart Y. Kim | Of Counsel | $ 675.00 |
| Susan Seflin | Of Counsel | $ 625.00 |
| Jessica Bagdanov | Associate | $ 475.00 |
| Michael Bernet | Associate | $ 325.00 |
| Reagan Boyce | Associate | $ 495.00 |
| Michael W. Davis | Associate | $ 500.00 |
| Joseph M. Rothberg | Associate | $ 475.00 |
| Maria Abel | Paralegal | $ 230.00 |
| Karla Bagley | Paralegal | $ 280.00 |
| Tina Dow | Paralegal | $ 240.00 |
| Melody Evans | Paralegal | $ 195.00 |
| Susan Robbins | Paralegal | $ 260.00 |
| Juanita Treshinsky | Paralegal | $ 270.00 |
| Margaret Tzeng | Paralegal | $ 240.00 |
| Sheri Broffman | Trademark Administrator | $ 235.00 |
|  | Litigation Support | $ 125.00 |
|  | Law Clerk | $ 100.00 |

Exhibit 2                                    19

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA  91367**

A true and correct copy of the foregoing document entitled**: APPLICATION BY DAVID SEROR, CHAPTER 7 TRUSTEE, FOR ORDER APPROVING EMPLOYMENT OF BRUTZKUS GUBNER AS TRUSTEE'S GENERAL COUNSEL EFFECTIVE FEBRUARY 20, 2018; STATEMENT OF DISINTERESTEDNESS IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 22, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- David I Brownstein    david@brownsteinfirm.com
- Thomas G Mouzes    tmouzes@boutinjones.com, cdomingo@boutinjones.com
- Ronald A Norman    ronaldanorman@sbcglobal.net, david@jshoffmanlaw.com
- David Seror (TR)    mtzeng@brutzkusgubner.com, C133@ecfcbis.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On March 22, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Victoria S. Kaufman
U.S. Bankruptcy Court
21041 Burbank Blvd., #354
Woodland Hills, CA 91367-6603

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 15, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 22, 2018 | JENNIFER WARNER | /s/ Jennifer Warner |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          **F 9013-3.1.PROOF.SERVICE**