| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| STEVEN T. GUBNER - Bar No. 156593<br>TALIN KESHISHIAN - Bar No. 201830<br>BRUTZKUS GUBNER<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone: (818) 827-9000<br>Facsimile: (818) 827-9099<br>Email: sgubner@bg.law<br>tkeshishian@bg.law<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* David Seror, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>LOST COAST RANCH INC.,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:18-bk-10071-VK<br><br>CHAPTER: 7<br><br>**NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]**<br><br>[No hearing unless requested in writing] |
|---|---|

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) David Seror, Chapter 7 Trustee,
   filed a motion or application (Motion) entitled Application by David Seror, Chaper 7 Trustee, for Order Approving Employment of Brutzkus Gubner as Trustee's General Counsel Effective February 20, 2018.

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion. (*Check appropriate box below*):

   ☐ The full Motion is attached to this notice; or

   ☒ The full Motion was filed with the court as docket entry # 23   , and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                        Page 1                         **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

a. If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b. If you fail to comply with this deadline:

   (1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

   (2) Movant will lodge an order that the court may use to grant the Motion; and

   (3) The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: 03/22/2018

/s/ Talin Keshishian
Signature of Movant or attorney for Movant

Talin Keshishian
Printed name of Movant or attorney for Movant

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                               Page 2                      **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

*In re Lost Coast Ranch Inc.*, Debtor
Chapter 7 Case No. 1:18-bk-10071-MT

**Attachment to Notice of Opportunity to Request a Hearing on Motion**

Detailed Description of Relief Sought in Trustee's Application for Authority to

Employ Brutzkus Gubner as His General Counsel as of February 20, 2018

1.  The Trustee requires general bankruptcy counsel to assist him with regard to regarding a potential opposition on a motion for relief from the automatic stay with respect to an unimproved parcel of real property located at 26000 Mattole Road, Ferndale, California 95536, and to render any and all legal services that the Trustee deems necessary and appropriately relevant thereto as follows:

    a.  To assist the Trustee in analyzing whether Debtor has fraudulently transferred property, and to investigate, evaluate and, if appropriate, seek to recover property that has been fraudulently transferred;

    b.  To represent Trustee in any proceeding or hearing including, but not limited to, objections to claims in the Bankruptcy Court and any action where the rights of the Estate or the Trustee may be litigated or affected;

    c.  To prepare and file pleadings, motions, notices or orders which may be required for the orderly administration of the Estate including, but not limited to, preparation of notices, motions and other documentation;

    d.  To commence actions wherever deemed appropriate by the Trustee to recover property that was fraudulently and/or preferentially transferred.  In the event the Trustee is required to commence any action, proposed counsel will be required to prepare for and attend any hearings, as well as to draft any and all pleadings relevant thereto, and to engage in necessary discovery and try any adversary proceedings as may be required;

    e.  To object to claims, if any, after the Trustee's review.  In the event objections are filed, counsel will be required to prepare for and attend any hearing on objections as well as to draft any and all pleadings relevant thereto, and to engage in necessary discovery;

    f. To the extent necessary, to conduct examinations of witnesses, claimants or adverse parties, and to prepare and assist in the preparation of reports, accounts, applications and orders; and,

    g. To perform such other and further legal services as are necessary and proper in the administration of the Estate, and provide general representation and counsel on matters relating to Chapter 7 administration.

  2. The Trustee seeks employment of Brutzkus Gubner pursuant to 11 U.S.C. § 330.

  3. Brutzkus Gubner was not paid and does not expect to be paid a monetary retainer.

  4. Brutzkus Gubner understands and has agreed to accept employment on grounds that compensation for fees and reimbursement of expenses incurred herein will be paid by the Estate only after application to and approval by this Court, after notice and a hearing.  A true and correct copy of Brutzkus Gubner's hourly rates for its professionals is attached hereto as **Exhibit 1** and incorporated herein by this reference.

  5. A copy of the entire Application is available upon written request to the proposed counsel, Brutzkus Gubner, attention Talin Keshishian, 21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367, telephone (818) 827-9000, email: tkeshishian@bg.law.

  6. As stated on the Notice, Local Bankruptcy Rule ("LBR") 9013-1(o) requires that any party who opposes this Application may request a hearing on the Application. The deadline to file and serve a written opposition and request for a hearing, in the form required by LBR 9013-1(f), is 14 days after the date of service of this Notice, plus three additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

1927477.DOCX

**BRUTZKUS GUBNER**
Brutzkus Gubner Rozansky Seror Weber LLP
YOUR COUNSEL MATTERS®
21650 Oxnard St., Suite 500
Woodland Hills, CA 91367-4911
818- 827-9000  Main
818- 827-9099  Fax
www.bg.law

| Standard Hourly Rate Schedule – Effective 01/01/2018 | | |
|---|---|---|
| **Professional** | **Professional Type** | **Hourly Rate** |
| Mark D. Brutzkus | Partner | $ 625.00 |
| Steven T. Gubner | Partner | $ 850.00 |
| Jeffrey A. Kobulnick | Partner | $ 575.00 |
| Nicholas Rozansky | Partner | $ 625.00 |
| David Seror | Partner | $ 650.00 |
| Corey R. Weber | Partner | $ 625.00 |
| Joseph Balice | Partner | $ 525.00 |
| Philip J. Bonoli | Partner | $ 550.00 |
| Jerrold L. Bregman | Partner | $ 575.00 |
| Richard Burstein | Partner | $ 625.00 |
| Deborah Greaves | Partner | $ 525.00 |
| Jason B. Komorsky | Partner | $ 625.00 |
| Robyn B. Sokol | Partner | $ 625.00 |
| Ronald Abrams | Of Counsel | $ 525.00 |
| Susan Baker | Of Counsel | $ 550.00 |
| Racey Cohn | Of Counsel | $ 495.00 |
| Larry Gabriel | Of Counsel | $ 625.00 |
| Talin Keshishian | Of Counsel | $ 525.00 |
| Stuart Y. Kim | Of Counsel | $ 675.00 |
| Susan Seflin | Of Counsel | $ 625.00 |
| Jessica Bagdanov | Associate | $ 475.00 |
| Michael Bernet | Associate | $ 325.00 |
| Reagan Boyce | Associate | $ 495.00 |
| Michael W. Davis | Associate | $ 500.00 |
| Joseph M. Rothberg | Associate | $ 475.00 |
| Maria Abel | Paralegal | $ 230.00 |
| Karla Bagley | Paralegal | $ 280.00 |
| Tina Dow | Paralegal | $ 240.00 |
| Melody Evans | Paralegal | $ 195.00 |
| Susan Robbins | Paralegal | $ 260.00 |
| Juanita Treshinsky | Paralegal | $ 270.00 |
| Margaret Tzeng | Paralegal | $ 240.00 |
| Sheri Broffman | Trademark Administrator | $ 235.00 |
|  | Litigation Support | $ 125.00 |
|  | Law Clerk | $ 100.00 |

Exhibit 1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA  91367**

A true and correct copy of the foregoing document entitled: **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 22, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- David I Brownstein    david@brownsteinfirm.com
- Talin Keshishian    tkeshishian@bg.law, ecf@bg.law
- Thomas G Mouzes    tmouzes@boutinjones.com, cdomingo@boutinjones.com
- Ronald A Norman    ronaldanorman@sbcglobal.net, david@jshoffmanlaw.com
- David Seror (TR)    mtzeng@brutzkusgubner.com, C133@ecfcbis.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On March 22, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Victoria S. Kaufman
U.S. Bankruptcy Court
21041 Burbank Blvd., #354
Woodland Hills, CA 91367-6603

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March    , 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 22, 2018 | JENNIFER WARNER | /s/ Jennifer Warner |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL:**

**Creditors**

American AgCredit PCA
c/o Thomas G. Mouzes
Boutin Jones Inc.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
**VIA NEF**

American AgCredit, FLCA
c/o Thomas G. Mouzes, Esq.
Boutin Jones Inc.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
**VIA NEF**

Bayview Loan Servicing, LLC
4425 Ponce de Leon Boulevard, 5th Floor
Coral Gables, FL 33146

Employment Development Dept.
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952

Los Angeles City Clerk
P. O. Box 53200
Los Angeles, CA 90053-0200

Nationstar Mortgage Seterus, Inc.
P.O. Box 619063
Dallas, TX 75261

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Seterus, Inc.
P.O. Box 1077
Hartford, CT 06143

U.S. Bank Trust, N.A., as Trustee for LSF9 M
c/o McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101-2607
**VIA NEF**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**