| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Ronald A Norman<br>Law Offices of Ronald A Norman<br>5404 Whitsett Avenue, Suite 133<br>Valley Village, CA 91607<br>818-761-7181<br>Fax : 818-232-9283<br>Email: ronaldanorman@sbcglobal.net | |
| ☐ Individual appearing without attorney<br>☒ Attorney for: Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re: | CASE NO.: 1:18-bk-10071-VK |
|---|---|
| | CHAPTER: 7 |
| LOST COAST RANCH INC. | **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
| Debtor(s). | |

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

   a. Title of motion: Motion for order dismissing its chapter 7 bankruptcy case

   b. Date of filing of motion: April 8, 2018

2. Compliance with LBR 9075-1(b)(2)(A): (*The following three sections must be completed*):

   a. Briefly specify the relief requested in the motion:

   immediate Dismissal of its Bankruptcy case

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                   Page 1                                   F 9075-1.1.APP.SHORT.NOTICE

b. Identify the parties affected by the relief requested in the motion:

c. State the reasons necessitating a hearing on shortened time:

Debtor has no unsecured creditors. All of Debtor's creditors are secured by recorded encumbrances on Debtor's only asset, approximately 788 acres of coastal land in Petrolia California consisting of vacant land with 2 unfinished homes there are no unsecured creditors
in Debtor's bankruptcy case Debtor's creditors and Debtor have unanimously agreed upon Debtor selling its real property asset pursuant to the terms of a cash offer
that certain offer from Ocean Ranch LPFN LLC dated January 22, 2018 which
requires Debtor's bankruptcy case be dismissed forthwith.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

Date: 4/8/18

Law Offices of Ronald A Norman
Printed name of law firm

/s/
Signature of individual Movant or attorney for Movant

Ronald A Norman
Printed name of individual Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9075-1.1.APP.SHORT.NOTICE

Ronald A Norman
Law Offices of Ronald A Norman
5404 Whitsett Avenue, Suite 133
Valley Village, CA 91607
818-761-7181
Fax : 818-232-9283
Email: ronaldanorman@sbcglobal.net

Attorney for Debtor Lost Coast Ranch Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA-SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>**LOST COAST RANCH INC.**<br><br>Debtors | Case No.: **1:18-bk-10071-VK**<br><br>Chapter 7<br><br>DECLARATION OF RONALD L. PATTERSON IN SUPPORT OF APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE<br><br>hearing set<br><br>Date:   05-03-2014<br>Time:   2:00 p.m.<br>Courtroom:   301<br>21041 Burbank Boulevard<br>Woodland Hills, California 91367 |

I, Ronald L. Patterson declare:

1. I am the chief executive officer of Debtor, Lost Coast Ranch Imc.,

2. I am over the age of 18 and personally familiar with the facts set forth in this declaration, whereby if called upon to do so, I could and would be able to competently testify to the following:

3. In order to effectuate an orderly liquidation of its only asset, the real property

commonly known as 26000 Mattole Road, Petrolia CA 95536 ("the property").

4. Debtor filed this bankruptcy January 9, 2018 to stop an impending foreclosure by secured creditor Spring Loft 7, LLC aka Bobs LLC.

5. As is clearly set forth in Debtor's schedules, Debtor has no unsecured creditors.

6. All of Debtor's creditors hold recorded encumbrances on said property as is more fully set forth in Debtor's motion to dismiss this case.

7. Debtor and Debtor's creditors have unanimously agreed to Debtor selling the property pursuant to the terms of a written purchase agreement with Ocean Ranch LPFN LLC dated January 22, 2018 which requires Debtor's bankruptcy case be dismissed.

8. The property is approximately 788 acres of coastal land with two unfinished homes which, for the last 12 months, has been listed by a duly licensed realtor and well publicized as for sale at an asking price of $10,500,000.00 resulting in this recent "all cash" offer of $9,000,000.00 from a highly qualified buyer. .

9. In that the property is unusual and would be, obviously, difficult to sell, under the present circumstances, and in particular, that all the parties in interest are in full agreement at this time to consummate the sale at hand it clearly appears to be in the best interests of the Debtors estate and the Debtor's Creditors to sell the property to Ocean Ranch LPFN LLC.

10. I am informed and believe, however, that the insurer selected by the buyer will not guarantee title to the property unless this case is dismissed.

11. And I am further informed and believe that the buyer may have to terminate its offer if this dismissal cannot be effectuated forthwith.

DECLARATION OF RONALD PATTERSON 2

12. Accordingly, Debtor is in imminent danger of irreparable harm unless the necessary hearing for dismissal is significantly expedited.

I declare under penalty of perjury under the laws of the Unite States of America that the foregoing is true and correct and that this Declaration was executed April 6, 2018, in the County of Los Angeles.

_Ronald L. Patterson_
Ronald L. Patterson

DECLARATION OF RONALD PATTERSON 3

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

16133 Ventra Blvd.7th Floorr
Encino CA 91436

A true and correct copy of the foregoing document entitled: **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) __4/8/18__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David I Brownstein david@brownsteinfirm.com
Talin Keshishian tkeshishian@bg.law, ecf@bg.law
Thomas G Mouzes tmouzes@boutinjones.com, cdomingo@boutinjones.com
David Seror (TR) mtzeng@brutzkusgubner.com, C133@ecfcbis.com
United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
Jennifer C Wong bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) __4/518__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

American AgCredit, FLCA
c/o Thomas G. Mouzes, Esq.
Boutin Jones Inc.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) __4/9/18__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Victoria S. Kaufman
U.S. Bankruptcy Court
21041 Burbank Blvd., #354
Woodland Hills, CA 91367-6603

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/8/18 | John Edwards | _/s/_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 3    F 9075-1.1.APP.SHORT.NOTICE

SERVICE BY UNITED STATES MAIL

American AgCredit PCA
c/o Thomas G. Mouzes
Boutin Jones Inc.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
**VIA NEF**

American AgCredit, FLCA
c/o Thomas G. Mouzes, Esq.
Boutin Jones Inc.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
**VIA NEF**

Bayview Loan Servicing, LLC
4425 Ponce de Leon Boulevard, 5th Floor
Coral Gables, FL 33146

Employment Development Dept.
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952

Los Angeles City Clerk
P. O. Box 53200
Los Angeles, CA 90053-0200

Nationstar Mortgage Seterus, Inc.
P.O. Box 619063
Dallas, TX 75261

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Seterus, Inc.
P.O. Box 1077
Hartford, CT 06143

U.S. Bank Trust, N.A., as Trustee for LSF9 M
c/o McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101-2607
**VIA NEF**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE