THOMAS G. MOUZES (SBN 099446)
MARK GORTON (SBN 099312)
**BOUTIN JONES INC.**
Attorneys at Law
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Phone: 916.321.4444
Fax:    916.441.7597
Email: tmouzes@boutinjones.com
       mgorton@boutinjones.com

Attorneys for Secured Creditors
American AgCredit, FLCA, American AgCredit, PCA

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## (SAN FERNANDO VALLEY DIVISION)

| | |
|---|---|
| In re | **Case No. 1:18-bk-10071-VK** |
| LOST COAST RANCH, INC., | Chapter 7 |
| Debtor. | **DECLARATION OF THOMAS MOUZES IN SUPPORT OF OPPOSITION OF AMERICAN AGCREDIT, FLCA AND AMERICAN AGCREDIT, PCA TO DEBTOR'S MOTION TO DISMISS** |
| | Date: May 3, 2018<br>Time: 2:00 p.m.<br>Place: United States Bankruptcy Court<br>Central District of CA<br>21041 Burbank Blvd., Courtroom 301<br>Woodland Hills, CA 91367<br>Judge: Honorable Victoria S. Kaufman |

I, Thomas G. Mouzes, declare as follows:

1.      I am an attorney at law licensed to practice before all courts of the State of California
and am a shareholder of the law firm of Boutin Jones Inc., attorneys for creditors American
AgCredit, FLCA, and American AgCredit, PCA (sometimes collectively "American").  I am over
the age of 18.  I make this declaration in opposition to Debtor Lost Coast Ranch, Inc.'s ("Debtor")
motion to dismiss (the "Motion") and to supply additional information to the Court.  Boutin Jones
Inc. maintains its principal offices in Sacramento, California. I am personally familiar with the facts

1

1  recited herein, except where based upon information and belief, and as to those matters, I believe

2  them to be true. If called upon, I could and would testify competently to the matters stated herein.

3      2.      I am a member in good standing of the State Bar of California. I have been a member

4  in good standing since December 1981, when I was first admitted to practice law in the State of

5  California. From September 1981 through August 1986, I was employed by Diepenbrock, Wulff,

6  Plant & Hannegan in Sacramento, California. From September 1986 to February 1991, I was

7  employed by Boyden, Cooluris, Hauser & Saxe in Sacramento, California. From approximately

8  February 1991 to June 1992, I was employed by Pillsbury, Madison & Sutro in Sacramento,

9  California. From June 1992 to August 2009, I was employed by Hauser & Mouzes in Woodbridge,

10  California. I was employed by McDonough Holland and Allen PC in Sacramento, California, from

11  September 15, 2009 to August 31, 2010, when that firm closed. Since September 2010, I have been

12  employed by Boutin Jones Inc. The exhibit numbering follows in order from the exhibits attached to

13  the request for judicial notice.

14      3.      I have reviewed the moving papers of Debtor. Contrary to the representations made

15  in the moving papers, and since the filing of this case, I have had no discussions with the attorney for

16  the Debtor concerning the sale of the real property by the Debtor. Upon my review of the pending

17  motion to dismiss and the representations made therein, on April 12, 2018, I placed a telephone call

18  to the attorney for the Debtor and left a voicemail requesting that he contact me. My call was not

19  returned as of the date of this declaration. Neither I, nor my client, have been provided with a copy

20  of any purchase agreement for the sale of the real property.

21      4.      I am informed and believe that prior to the bankruptcy case, the real property was

22  listed for sale by Debtor Lost Coast with Four Star Realty, 331 Harris Street, Eureka, CA 95503.

23  The property was listed for $10,500,000. The listing may be viewed at

24  https://ranchagent.com/ranch/lost-coast-oceanfront-ranch-788-acres or by searching on Google Lost

25  Coast Ranch for sale and selecting Lost Coast Oceanfront Ranch 788.

26      5.      After the bankruptcy filing, and becoming aware of the actions of the Debtor, on

27  January 26, 2018, I advised the Bankruptcy Trustee's office directly in a telephone call that Lost

28  Coast was attempting to sell the real property after the filing of this bankruptcy case and provided

DECLARATION OF THOMAS MOUZES

936313.1

1  the above agent and listing information to the office of the Trustee.

2      6.      On January 30, 2018, I confirmed my telephone call with the office of the Bankruptcy

3  Trustee by email and provided him with information regarding website information and the broker

4  and I advised the Trustee that American had received a written request for payoff demand from

5  escrow.  I provided the Trustee with a copy of the request for payoff demand received by American.

6  True and correct copies of my January 30, 2018 emails are attached hereto as Exhibit 3.

7      7.      On February 6, 2018, I emailed the office of the Bankruptcy Trustee and again

8  advised him that American was continuing to receive a demand for a loan payoff from the escrow.  I

9  also requested direction from the Trustee concerning the sale.   A true and correct copy of my

10  February 6, 2018 email is attached hereto as Exhibit 4.   In a telephone conversation with the

11  Trustee, the Trustee informed me that he had recorded the bankruptcy petition in Humboldt County.

12      8.      On April 12, 2018, I spoke with the attorneys for the Trustee, including Mr. Burstein,

13  by telephone concerning the motion to dismiss, and again provided the above information to the

14  attorneys for the Trustee, and to determine the status of any sale of the property by the Trustee.

15      I declare under penalty of perjury under the laws of the United States of America that the

16  foregoing is true and correct.  Executed this 18th day of April 2018.

17

18                                                  /s/ THOMAS G. MOUZES
                                                    Thomas G. Mouzes

19

20

21

22

23

24

25

26

27

28

3

DECLARATION OF THOMAS MOUZES

936313.1

# EXHIBIT 3

Exhibit 3
Page 4

**Tom Mouzes**

| | |
|---|---|
| **From:** | Tom Mouzes |
| **Sent:** | Tuesday, January 30, 2018 1:11 PM |
| **To:** | 'mtzeb@bg.law' |
| **Cc:** | Tom Mouzes |
| **Subject:** | FW: Lost Coast-Bankruptcy Case No. 18-bk-10071VK |
| **Attachments:** | SMike18013012210.pdf; Lost Coast Oceanfront Ranch 788 +/- Acres |

Another try.

**From:** Tom Mouzes
**Sent:** Tuesday, January 30, 2018 12:59 PM
**To:** 'mtzeg@bglaw.com'
**Cc:** Tom Mouzes
**Subject:** Lost Coast-Bankruptcy Case No. 18-bk-10071VK

Dear Mr. Seror:  This email follows up with my telephone call of 1/26/18 and of today with your assistant. You are the Chapter 7 Trustee in the above entitled Chapter 7 case. On January 26, 2018, I telephoned your office and informed your staff that my client, American AgCredit ("American"), a fully secured creditor holding a first priority deed of trust lien against the sole real property asset of the above bankruptcy estate, received information that during the pendency of the Chapter 7 case and without Court approval, Debtor Lost Coast Ranch Inc. was attempting to sell the sole real property asset of the bankruptcy estate and I provided your office with the name of the person who American was informed were the real estate broker handling the alleged sale, as well as the web information for the real property listing online.  As I previously advised, American is informed the real property of the bankruptcy estate is listed with Mr. Jim Redd.  Below is the contact information which I previously provided to your office and I obtained today from the website for Mr. Redd.  I also include a link to the webpage of the listing of the real property.

Jim Redd
The Ranch Agent
Four Star Realty
331 Harris Street
Eureka, CA 95503
Cell 707-496-3022 707-496-3022
Office 707-444-9234 707-444-9234
Fax 707-444-9357
jim@ranchagent.com (link sends e-mail)
Licensed Since 1978
California #00665810
Oregon #200007041

Further, and as I just advised your office, today, American received a request for a loan payoff

1

Exhibit 3
Page 5

for its real property loan secured by real property encompassed by the above bankruptcy case. I provide a copy of the request for payoff demand received. I have reviewed the bankruptcy court docket today for the above Debtor and do not see that any motion to sell real property has been filed with the Bankruptcy Court by you as Trustee, let alone approved by the Bankruptcy Court.

Please immediately contact me to discuss this matter.

**Tom Mouzes**
**Attorney**
**BOUTIN JONES INC.**
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Tel        / 916.321.4444
Fax        / 916.441.7597
tmouzes@boutinjones.com
www.boutinjones.com

BoutinJones INC.

CONFIDENTIALITY NOTICE: This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. THE INFORMATION CONTAINED IN THIS ELECTRONIC MAIL TRANSMISSION IS CONFIDENTIAL AND MAY BE PROTECTED FROM UNAUTHORIZED USE OR DISSEMINATION BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK-PRODUCT PRIVILEGES. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender immediately by electronic mail or telephone at 916.321.4444, of any unintended recipients and delete the original message without making any copies.
NOT INTENDED AS A SUBSTITUTE FOR A WRITING: Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance or effect, absent an express statement to the contrary, this e-mail message, its contents, and any attachments are not intended to represent an offer to enter into a contract or an acceptance of any offer, and are not otherwise intended to bind the sender, the firm of Boutin Jones Inc., any of its clients, or any other person or entity.

Exhibit 3
Page 6

 **ORANGE COAST TITLE COMPANY**
**ESCROW DIVISION**
3536 Concours Dr., Suite 120
Ontario, CA. 91764
(909) 987-5433

January 30, 2018

American AGCredit
Attn: Scott Clifton

Re: Lost Coast Ranch, a California corporation
Escrow No: 1929927-CH

Gentlemen:

An escrow has been opened in this office by Lost Coast Ranch, Inc. a California Corporation wherein you are listed as the holder of a Note and Deed of Trust covering the following described property: As per Legal Description attached hereto and made a part herof marked Exhibit "A"

                          Property also known as: 26000 Mattole Road, Ferndale, CA 95536.

This loan is to be paid in full through this escrow. Please forward the original note, original deed of trust, signed request for reconveyance and/or Full Reconveyance along with your demand for the balance due on this note to:

Orange Coast Title Company
3536 Concours, Suite 120
Ontario, CA 91764

Attention:
Order No: 140-1929927-66

Please furnish this office with a copy of your demand and all fire insurance policies that you may hold.

Thank you for assisting us to comply with our escrow instructions.


Very truly yours,
Orange Coast Title Company


CLAUDIA HOLCOMB
ESCROW OFFICER

<u>**SPECIAL NOTICE:**</u>

Please be advised that as of January 1, 2002, California law (Civil Code Sections 2941 and 2943) have changed in a number of important areas including, but not limited to, the following:
- If the reconveyance fee is not included in the Payoff Demand, the fee cannot be charged to the consumer. <u>However, failure to include the fee does not excuse the lender from the obligation to recovery the deed of trust.</u>
- $45 is the maximum reconveyance fee conclusively presumed by California law to be reasonable.
- $30 is the maximum payoff demand statement fee that can be charged under California law.

Exhibit 3
Page 7

## Tom Mouzes

| | |
|---|---|
| **From:** | Tom Mouzes |
| **Sent:** | Tuesday, January 30, 2018 12:33 PM |
| **To:** | Tom Mouzes |
| **Subject:** | Lost Coast Oceanfront Ranch 788 +/- Acres |

https://shar.es/1NiKuB

This message was sent using ShareThis (http://www.sharethis.com)

**Tom Mouzes**

| | |
|---|---|
| **From:** | Tom Mouzes |
| **Sent:** | Tuesday, January 30, 2018 1:09 PM |
| **To:** | 'dseror@bg.law' |
| **Cc:** | Tom Mouzes; mtzeg@bglaw.com |
| **Subject:** | FW: Lost Coast-Bankruptcy Case No. 18-bk-10071VK |
| **Attachments:** | SMike18013012210.pdf; Lost Coast Oceanfront Ranch 788 +/- Acres |

My first email attempt was returned. Here is another attempt.

---

**From:** Tom Mouzes
**Sent:** Tuesday, January 30, 2018 12:59 PM
**To:** 'mtzeg@bglaw.com'
**Cc:** Tom Mouzes
**Subject:** Lost Coast-Bankruptcy Case No. 18-bk-10071VK

Dear Mr. Seror:  This email follows up with my telephone call of 1/26/18 and of today with your assistant. You are the Chapter 7 Trustee in the above entitled Chapter 7 case. On January 26, 2018, I telephoned your office and informed your staff that my client, American AgCredit ("American"), a fully secured creditor holding a first priority deed of trust lien against the sole real property asset of the above bankruptcy estate, received information that during the pendency of the Chapter 7 case and without Court approval, Debtor Lost Coast Ranch Inc. was attempting to sell the sole real property asset of the bankruptcy estate and I provided your office with the name of the person who American was informed was the real estate broker handling the alleged sale, as well as the web information for the real property listing online.   As I previously advised, American is informed the real property of the bankruptcy estate is listed with Mr. Jim Redd.  Below is the contact information which I previously provided to your office and I obtained today from the website for Mr. Redd.  I also include a link to the webpage of the listing of the real property.

Jim Redd
The Ranch Agent
Four Star Realty
331 Harris Street
Eureka, CA 95503
Cell 707-496-3022 707-496-3022
Office 707-444-9234 707-444-9234
Fax 707-444-9357
jim@ranchagent.com (link sends e-mail)
Licensed Since 1978
California #00665810
Oregon #200007041

1

Exhibit 3
Page 9

Further, and as I just advised your office, today, American received a request for a loan payoff for its real property loan secured by real property encompassed by the above bankruptcy case. I provide a copy of the request for payoff demand received. I have reviewed the bankruptcy court docket today for the above Debtor and do not see that any motion to sell real property has been filed with the Bankruptcy Court by you as Trustee, let alone approved by the Bankruptcy Court.

Please immediately contact me to discuss this matter.

**Tom Mouzes**
**Attorney**
**BOUTIN JONES INC.**
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Tel        / 916.321.4444
Fax       / 916.441.7597
tmouzes@boutinjones.com
www.boutinjones.com

BoutinJones INC.

CONFIDENTIALITY NOTICE: This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. THE INFORMATION CONTAINED IN THIS ELECTRONIC MAIL TRANSMISSION IS CONFIDENTIAL AND MAY BE PROTECTED FROM UNAUTHORIZED USE OR DISSEMINATION BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK-PRODUCT PRIVILEGES. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender immediately by electronic mail or telephone at 916.321.4444, of any unintended recipients and delete the original message without making any copies.
NOT INTENDED AS A SUBSTITUTE FOR A WRITING: Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance or effect, absent an express statement to the contrary, this e-mail message, its contents, and any attachments are not intended to represent an offer to enter into a contract or an acceptance of any offer, and are not otherwise intended to bind the sender, the firm of Boutin Jones Inc., any of its clients, or any other person or entity.

Exhibit 3
Page 10

 **ORANGE COAST TITLE COMPANY**
**ESCROW DIVISION**
3536 Concours Dr., Suite 120
Ontario, CA 91764
(909) 987-5433

January 30, 2018

American AGCredit
Attn: Scott Clifton

Re: Lost Coast Ranch, a California corporation
Escrow No: 1929927-CH

Gentlemen:

An escrow has been opened in this office by Lost Coast Ranch, Inc. a California Corporation wherein you are listed as the holder of a Note and Deed of Trust covering the following described property:  As per Legal Description attached hereto and made a part herof marked Exhibit "A"

Property also known as: 26000 Mattole Road, Ferndale, CA 95536.

This loan is to be paid in full through this escrow.  Please forward the original note, original deed of trust, signed request for reconveyance and/or Full Reconveyance along with your demand for the balance due on this note to:

Orange Coast Title Company
3536 Concours, Suite 120
Ontario, CA 91764

Attention:
Order No: 140-1929927-66

Please furnish this office with a copy of your demand and all fire insurance policies that you may hold.

Thank you for assisting us to comply with our escrow instructions.

Very truly yours,
Orange Coast Title Company

CLAUDIA HOLCOMB
ESCROW OFFICER

## SPECIAL NOTICE:

Please be advised that as of January 1, 2002, California law (Civil Code Sections 2941 and 2943) have changed in a number of important areas including, but not limited to, the following:
- If the reconveyance fee is not included in the Payoff Demand, the fee cannot be charged to the consumer. However, failure to include the fee does not excuse the lender from the obligation to recovery the deed of trust.
- $45 is the maximum reconveyance fee conclusively presumed by California law to be reasonable.
- $30 is the maximum payoff demand statement fee that can be charged under California law.

Exhibit 3
Page 11

**Tom Mouzes**

| | |
|---|---|
| **From:** | Tom Mouzes |
| **Sent:** | Tuesday, January 30, 2018 12:33 PM |
| **To:** | Tom Mouzes |
| **Subject:** | Lost Coast Oceanfront Ranch 788 +/- Acres |

https://shar.es/1NiKuB

This message was sent using ShareThis (http://www.sharethis.com)

1

Exhibit 3
Page 12

# EXHIBIT 4

Exhibit 4
Page 13

**Tom Mouzes**

| | |
|---|---|
| **From:** | Tom Mouzes |
| **Sent:** | Tuesday, February 06, 2018 11:19 AM |
| **To:** | 'mtzeb@bg.law' |
| **Cc:** | Tom Mouzes |
| **Subject:** | RE: Lost Coast-Bankruptcy Case No. 18-bk-10071VK |

Mr. Seror: I have been advised that American AgCredit still received a demand for a payoff several days after our call. Please advise of the status of the case and the real property sale. Are you going to file a motion to sell the real property, recommend the case be dismissed or take some other action. If American is to respond to the demand, please advise. Thank you.
Tom Mouzes

**From:** Tom Mouzes
**Sent:** Tuesday, January 30, 2018 1:11 PM
**To:** 'mtzeb@bg.law'
**Cc:** Tom Mouzes
**Subject:** FW: Lost Coast-Bankruptcy Case No. 18-bk-10071VK

Another try.

**From:** Tom Mouzes
**Sent:** Tuesday, January 30, 2018 12:59 PM
**To:** 'mtzeg@bglaw.com'
**Cc:** Tom Mouzes
**Subject:** Lost Coast-Bankruptcy Case No. 18-bk-10071VK

Dear Mr. Seror: This email follows up with my telephone call of 1/26/18 and of today with your assistant. You are the Chapter 7 Trustee in the above entitled Chapter 7 case. On January 26, 2018, I telephoned your office and informed your staff that my client, American AgCredit ("American"), a fully secured creditor holding a first priority deed of trust lien against the sole real property asset of the above bankruptcy estate, received information that during the pendency of the Chapter 7 case and without Court approval, Debtor Lost Coast Ranch Inc. was attempting to sell the sole real property asset of the bankruptcy estate and I provided your office with the name of the person who American was informed was the real estate broker handling the alleged sale, as well as the web information for the real property listing online. As I previously advised, American is informed the real property of the bankruptcy estate is listed with Mr. Jim Redd. Below is the contact information which I previously provided to your office and I obtained today from the website for Mr. Redd. I also include a link to the webpage of the listing of the real property.

Jim Redd
The Ranch Agent
Four Star Realty
331 Harris Street
Eureka, CA 95503

1

Exhibit 4
Page 14

Cell 707-496-3022 707-496-3022
Office 707-444-9234 707-444-9234
Fax 707-444-9357
jim@ranchagent.com (link sends e-mail)
Licensed Since 1978
California #00665810
Oregon #200007041


Further, and as I just advised your office, today, American received a request for a loan payoff for its real property loan secured by real property encompassed by the above bankruptcy case. I provide a copy of the request for payoff demand received. I have reviewed the bankruptcy court docket today for the above Debtor and do not see that any motion to sell real property has been filed with the Bankruptcy Court by you as Trustee, let alone approved by the Bankruptcy Court.

Please immediately contact me to discuss this matter.

**Tom Mouzes**
**Attorney**
**BOUTIN JONES INC.**
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Tel      / 916.321.4444
Fax      / 916.441.7597
tmouzes@boutinjones.com
www.boutinjones.com

BoutinJones inc.

CONFIDENTIALITY NOTICE: This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. THE INFORMATION CONTAINED IN THIS ELECTRONIC MAIL TRANSMISSION IS CONFIDENTIAL AND MAY BE PROTECTED FROM UNAUTHORIZED USE OR DISSEMINATION BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK-PRODUCT PRIVILEGES. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender immediately by electronic mail or telephone at 916.321.4444, of any unintended recipients and delete the original message without making any copies.
NOT INTENDED AS A SUBSTITUTE FOR A WRITING: Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance or effect, absent an express statement to the contrary, this e-mail message, its contents, and any attachments are not intended to represent an offer to enter into a contract or an acceptance of any offer, and are not otherwise intended to bind the sender, the firm of Boutin Jones Inc., any of its clients, or any other person or entity.

Exhibit 4
Page 15

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
555 Capitol Mall, Suite 1500
Sacramento, CA 95814

A true and correct copy of the foregoing document entitled (specify): _____
**DECLARATION OF THOMAS G. MOUZES IN SUPPORT OF OPPOSITION OF AMERICAN AGCREDIT, FLCA AND
AMERICAN AGCREDIT, PCA TO DEBTOR'S MOTION TO DISMISS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date)
April 18, 2018_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:
David I Brownstein    david@brownsteinfirm.com
Talin Keshishian    tkeshishian@bg.law, ecf@bg.law
Ronald A Norman    ronaldanorman@sbcglobal.net, david@jshoffmanlaw.com
David Seror (TR)    mtzeng@brutzkusgubner.com, C133@ecfcbis.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (date) April 18, 2018_____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) April 18, 2018_____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.
Honorable Victoria S. Kaufman
United States Bankruptcy Court
Central District of California
21041 Burbank Blvd., Suite 354/Courtroom 301
Woodland Hills, CA 91367
**Served by Federal Express**

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/18/18 | Carmelia V. Domingo | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

937040.2

## ATTACHMENT TO PROOF OF SERVICE OF DOCUMENT

**2. SERVED BY UNITED STATES MAIL (mailed on April 18, 2018)**

Lost Coast Ranch Inc.
7912 Ventura Canyon Avenue
Panorama City, CA 91402

Ronald A. Norman
Law Offices of Ronald A. Norman
5404 Whisett Avenue, Suite 133
Valley Village, CA 91607

Talin Keshishian
Brutzkus Gubner Rozansky Seror Weber LLP
21650 Oxnard St., Suite 500
Woodland Hills, CA 91367

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL 33146

Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Los Angeles City Clerk
PO Box 53200
Los Angeles, CA 90053-0200

Nationstar Mortgage Seterus, Inc.
PO Box 619063
Dallas, TX 75261

Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250

Seterus, Inc.
PO Box 1077
Hartford, CT 06143

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.